IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LADELL DEANGELO BROWN,

    Petitioner,       No. CIV S-07-1994 LKK CHS P

  vs.

R. HORELL, et. al.,

    Respondents.      O R D E R

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a notice of appeal of this court's May 19, 2009 order denying his application for writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

    A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing in his petition that (1) his coerced and involuntary confession was admitted into evidence at trial in violation of his constitutional rights; and (2) he was prevented from presenting a complete defense in violation of the Sixth Amendment when the trial judge excluded proffered expert testimony.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall issue in the present action.

DATED:   August 28, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.